No. 09–11125.  CREAR *v.* HARRY, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 09–11130.  MARTINEZ-CARDENAS *v.* WASHINGTON.  Ct. App. Wash.  Certiorari denied.

No. 09–11131.  JOLLY *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 09–11132.  LUCAS *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 09–11133.  KITTKA *v.* MICHIGAN.  Cir. Ct. Oakland County, Mich.  Certiorari denied.

No. 09–11134.  JARMON *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 09–11135.  KEITH *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 09–11136.  KESSLER *v.* PREMO, SUPERINTENDENT, OREGON STATE PENITENTIARY.  C. A. 9th Cir.  Certiorari denied.

No. 09–11137.  MCKINNEDY *v.* SOUTH CAROLINA.  Sup. Ct. S. C.  Certiorari denied.

No. 09–11138.  ORDONEZ OROSCO *v.* NAPOLITANO, SECRETARY OF HOMELAND SECURITY, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 09–11139.  JACKSON *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 09–11140.  LANE *v.* FEDERAL BUREAU OF PRISONS ET AL. C. A. D. C. Cir.  Certiorari denied.

No. 09–11141.  MASKO *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 09–11142.  KELLY *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 09–11144.  BURGESS *v.* JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.